AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>FEEL THE WORLD, INC<br>D/B/A XERO SHOES<br><br>*Defendant(s)* | Civil Action No. 3:26-cv-00001-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FEEL THE WORLD, INC
　　　　　　　　　　　　　　　　　　D/B/A XERO SHOES
　　　　　　　　　　　　　　　　　　320 Interlocken Pkwy Ste 100
　　　　　　　　　　　　　　　　　　Broomfield, CO 80021

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　ANDREW ROMAN PERRONG
　　　　　　　　　　　　　　　　　　　　　　A@PERRONGLAW.COM
　　　　　　　　　　　　　　　　　　　　　　PERRONG LAW LLC
　　　　　　　　　　　　　　　　　　　　　　2657 MOUNT CARMEL AVENUE
　　　　　　　　　　　　　　　　　　　　　　GLENSIDE, PA 19038
　　　　　　　　　　　　　　　　　　　　　　215-225-5529

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　MELISSA AUBIN, **Clerk of Court**

Date: 01/02/2026　　　　　　　　　　　　　　　　　　　　By: s/R. Schellinger, **Deputy Clerk**