Shawn Larsen-Bright, OSB 130051
larsen.bright.shawn@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>FEEL THE WORLD, INC. d/b/a XERO SHOES,<br><br>           Defendant. | Case No. 3:26-cv-00001-SB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Feel the World, Inc. d/b/a Xero Shoes ("Defendant"), without waiving any defenses and specifically preserving all defenses and objections including without limitation as to lack of jurisdiction, improper venue, insufficiency of process, insufficiency of service of process, and failure to state a claim upon which relief can be granted, and specifically reserving the right to raise all defenses by motion or answer. Further service of all papers and pleadings herein, except original process, should be made upon the undersigned attorney for Defendant at the office below stated.

DATED this 22nd day of January, 2026.

                DORSEY & WHITNEY LLP

                */s/ Shawn Larsen-Bright*
                Shawn Larsen-Bright, OSB 130051
                701 Fifth Avenue, Suite 6100
                Seattle, WA 98104-7043
                (206) 903-8800
                larsen.bright.shawn@dorsey.com
                *Attorneys for Defendant Feel the World, Inc. d/b/a Xero Shoes*

NOTICE OF APPEARANCE     2     **DORSEY & WHITNEY LLP**
CIV. NO. 3:26-CV-00001-SB             701 FIFTH AVENUE, SUITE 6100
                                              SEATTLE, WA 98104-7043
                                              PHONE: (206) 903-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system.

Dated this 22nd day of January, 2026.

*/s/ Molly Price*
Molly Price, Legal Assistant

NOTICE OF APPEARANCE
CIV. NO.  3:26-CV-00001-SB

3

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800