Shawn Larsen-Bright, OSB 130051
larsen.bright.shawn@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

Christopher G. Karagheuzoff (pro hac vice forthcoming)
karagheuzoff.christopher@dorsey.com
John Mixon (pro hac vice forthcoming)
Mixon.John@dorsey.com
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 415-9200
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 3:26-cv-00001-SB |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FEEL THE WORLD, INC. d/b/a XERO SHOES, | |
| Defendant. | |

**LOCAL RULE 7-1 CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7-1(a), Counsel for Defendant Feel the World, Inc. d/b/a Xero Shoes ("Defendant") certifies that it has conferred with counsel for Plaintiff Leon Weingrad

UNOPPOSED MTN. FOR EXTENSION
Case No. 3:26-cv-00001-SB

1

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800

("Plaintiff") regarding this Motion to Extend Time to Respond to Complaint (the "Motion"), and the Motion is unopposed.

## MOTION

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 29-1(b), Defendant moves for an extension of the deadline to answer or otherwise respond to the Complaint. In support of this Motion, Defendant states as follows:

1. Plaintiff filed the Complaint on January 1, 2026. Dkt. No. 1.

2. Defendant was served on January 9, 2026.

3. Defendant's current deadline to answer or otherwise respond to the Complaint is January 30, 2026.

4. Defendant seeks a 30-day extension of the January 30, 2026 deadline, such that the new deadline to answer or otherwise respond to the Complaint is March 2, 2026.

5. Defendant reasonably requires additional time because it has recently retained the undersigned counsel and is investigating the alleged facts to assess whether early resolution of the dispute may be possible.

6. There is good cause for the extension Defendant seeks because the additional time will afford Defendant the reasonable opportunity to evaluate the Complaint's allegations and enable it to determine whether it will answer the Complaint, move to dismiss it, and/or engage in early settlement discussions with Plaintiff.

7. No party will be prejudiced by the granting of this Motion.

8. This Motion is unopposed.

Defendant therefore hereby respectfully requests entry of an Order extending the deadline for Defendant to answer or otherwise respond to the Complaint to March 2, 2026.

UNOPPOSED MTN. FOR EXTENSION
Case No. 3:26-cv-00001-SB

2

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800

DATED this 22nd day of January, 2026.

                                DORSEY & WHITNEY LLP

                                */s/ Shawn Larsen-Bright*
                                Shawn Larsen-Bright, OSB 130051
                                Dorsey & Whitney LLP
                                701 Fifth Avenue, Suite 6100
                                Seattle, WA 98104-7043
                                (206) 903-8800
                                larsen.bright.shawn@dorsey.com

                                Christopher G. Karagheuzoff (pro hac vice forthcoming)
                                karagheuzoff.christopher@dorsey.com
                                John Mixon (pro hac vice forthcoming)
                                Mixon.John@dorsey.com
                                Dorsey & Whitney LLP
                                51 West 52nd Street
                                New York, NY 10019
                                Telephone:  (212) 415-9200

                                *Attorneys for Defendant Feel the World, Inc. d/b/a Xero Shoes*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system.

Dated this 22nd day of January, 2026.

                                             */s/ Molly Price*
                                             Molly Price, Legal Assistant

UNOPPOSED MTN. FOR EXTENSION  
Case No. 3:26-cv-00001-SB

4

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800