Shawn Larsen-Bright, OSB 130051
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800
larsen.bright.shawn@dorsey.com

Christopher G. Karagheuzoff (pro hac vice forthcoming)
karagheuzoff.christopher@dorsey.com
John Mixon (pro hac vice forthcoming)
Mixon.John@dorsey.com
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> FEEL THE WORLD, INC. d/b/a XERO SHOES, <br><br> Defendant. | Case No. 3:26-cv-00001-SB <br><br> **DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## LOCAL RULE 7-1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7-1(a), Counsel for Defendant Feel the World, Inc. d/b/a Xero Shoes ("Defendant") certifies that it sought consent to this Motion to Extend the Deadline to Answer or Otherwise Respond to the Complaint (the "Motion") from counsel for Plaintiff Leon Weingrad ("Plaintiff") and Plaintiff's counsel responded by email that it did not consent. Counsel for Defendant subsequently made three attempts via telephone to confer with Plaintiff's

MOTION FOR EXTENSION
Case No. 3:26-cv-00001-SB

1

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800

Counsel regarding the Motion, but Plaintiff's Counsel did not answer or return Defendant's Counsel's phone calls.  Accordingly, the Motion is opposed.

## MOTION

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendant moves for a second extension of the deadline to answer or otherwise respond to the Complaint.  In support of this Motion, Defendant states as follows:

1. Plaintiff filed the Complaint on January 1, 2026.  Dkt. No. 1.

2. Defendant was served on January 9, 2026.

3. Defendant's initial deadline to answer or otherwise respond to the Complaint was January 30, 2026.

4. On January 22, 2026, Defendant filed an unopposed motion to extend the time to respond to the complaint by 30 days (the "First Motion to Extend").

5. On January 22, 2026, the Court granted Defendant's First Motion, setting the new deadline to answer or otherwise respond to the Complaint for March 2, 2026.

6. Defendant has used the initial extension to review the Complaint and investigate Plaintiff's allegations, which required Defendant to work with a third-party vendor, among other things, to assess the facts underlying Plaintiff's claims and to determine whether early resolution of the dispute may be possible.

7. In connection with Defendant's assessment of the possibility of early resolution of this dispute, Defendant's counsel contacted Plaintiff's counsel by email to elicit a settlement demand and, in connection therewith, consent to this further 30-day extension request.

8. Plaintiff's counsel declined to consent to this Motion and elected not to provide any settlement demand.

MOTION FOR EXTENSION
Case No. 3:26-cv-00001-SB

2

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800

9. Defendant requests another 30-day extension, which would be its proposed second and final extension of the time to answer or otherwise respond to the Complaint, to further assess the factual allegations and legal merits of Plaintiff's Complaint and to determine once and for all whether resolution of this matter is possible short of motion practice.

10. There is good cause for the extension Defendant seeks because Defendant had to work with a third-party vendor to assess the facts underlying the Complaint, the additional time will afford Defendant the opportunity to further evaluate the Complaint's allegations and make a prudent decision regarding dispositive motion practice, and enable it to determine whether Plaintiff has any interest in, or intention of, resolving this dispute prior to the same.

11. No party will be prejudiced by the granting of this Motion.

DATED this 26th day of February, 2026.

DORSEY & WHITNEY LLP

*/s/ Shawn Larsen-Bright*
Shawn Larsen-Bright, OSB 130051
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800
larsen.bright.shawn@dorsey.com

Christopher G. Karagheuzoff (pro hac vice forthcoming)
karagheuzoff.christopher@dorsey.com
John Mixon (pro hac vice forthcoming)
Mixon.John@dorsey.com
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200

*Attorneys for Defendant Feel the World, Inc. d/b/a Xero Shoes*

MOTION FOR EXTENSION
Case No. 3:26-cv-00001-SB

3

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system.

Dated this 26th day of February, 2026.

*/s/ Molly Price*
Molly Price, Legal Assistant

MOTION FOR EXTENSION
Case No. 3:26-cv-00001-SB

4

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800