Shawn Larsen-Bright, OSB 130051
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800
larsen.bright.shawn@dorsey.com

Christopher G. Karagheuzoff (pro hac vice
forthcoming)
karagheuzoff.christopher@dorsey.com
Christopher Paolino (pro hac vice forthcoming)
paolino.christopher@dorsey.com
John Mixon (pro hac vice forthcoming)
Mixon.John@dorsey.com
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200

*Attorneys for Defendant Feel the*
*World, Inc. d/b/a Xero Shoes*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FEEL THE WORLD, INC. d/b/a XERO SHOES,<br><br>Defendant. | Civ. No. 3:26-cv-00001-SB<br><br><br>**DECLARATION OF CHRISTOPHER G. KARAGHEUZOFF IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** |

I, Christopher G. Karagheuzoff, declare as follows:

1.    I am a partner in the law firm of Dorsey & Whitney LLP, attorneys of record for Defendant Feel the World, Inc. d/b/a Xero Shoes ("Xero Shoes").  I submit this Declaration in support of Xero Shoes' request for judicial notice.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a Declaration of Plaintiff Leon Weingrad ("Plaintiff"), sworn to on March 5, 2025, that Plaintiff filed in another Telephone Consumer Protection Act ("TCPA") lawsuit in the United States District Court for the Middle District of Pennsylvania, captioned *Weingrad v. QuoteWizard.com, LLC*, NO. 1:25-cv-00002-YK, Dkt. 16-2 (M.D. Pa.).

3.    Attached hereto as **Exhibit B** is a true and correct copy of a Memorandum of Law in Support of Defendant Quotewizard.Com, LLC's Motion to Compel Arbitration, dated February 4, 2025, which was also filed in *Weingrad v. QuoteWizard.com, LLC*, NO. 1:25-cv-00002-YK, Dkt. 5-1 (M.D. Pa.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that I executed this Declaration on March 17, 2026 in New York, New York.

_____
Christopher G. Karagheuzoff

2