Shawn Larsen-Bright, OSB 130051
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800
larsen.bright.shawn@dorsey.com

Christopher G. Karagheuzoff (pro hac vice
forthcoming)
karagheuzoff.christopher@dorsey.com
Christopher Paolino (pro hac vice forthcoming)
paolino.christopher@dorsey.com
John Mixon (pro hac vice forthcoming)
Mixon.John@dorsey.com
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FEEL THE WORLD, INC. d/b/a XERO SHOES,<br><br>Defendant. | Civ. No. 3:26-cv-00001-SB<br><br>**DECLARATION OF ANDREW SEGA IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** |

I, Andrew Sega, declare as follow:

1.     I am over the age of 18.  I am Vice President of Engineering at Attentive Mobile,

Inc. ("Attentive"). As Vice President of Engineering, I oversee and have access to records

pertaining to text messages sent through Attentive's platform by its clients. I make this Declaration based on my personal knowledge and my review of Attentive's records pertaining to text messages sent by or to Defendant Feel the World, Inc. d/b/a Xero Shoes ("Xero Shoes") through the Attentive platform, which are created and maintained in the ordinary course of business. If called and sworn as a witness, I could and would testify competently under oath to what I declare herein.

2. On Xero Shoes' behalf, Attentive maintains, in the ordinary course of its business, a record of all inbound and outbound text messages sent by or to Xero Shoes through the Attentive platform. Upon request from Xero Shoes, Attentive provides such records to Xero Shoes.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a log of all inbound and outbound text messages between Xero Shoes and the telephone number (503) 755-6495 through the Attentive platform.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that I executed this Declaration on March 16, 2026 in the State of New York.

Signed by:

B1DE2EDDA6B5427...

2