# EXHIBIT 1

**SUBSCRIBER MESSAGES**

| ActionName | Timestamp | MessageText |
|---|---|---|
| INBOUND_TEXT_MESSAGE | 2020-06-21 16:40:25 | Send this text to subscribe to recurring automated personalized marketing alerts (e.g. cart reminders) from Xero Shoes (ref: Kx7EG) |
| OUTBOUND_TEXT_MESSAGE | 2020-06-21 16:40:29 | Xero Shoes: Welcome to Xero Shoes! Msg & data rates may apply. Msg frequency varies. Reply HELP for help, STOP to cancel. |
| OUTBOUND_TEXT_MESSAGE | 2020-06-21 16:40:32 | Xero Shoes: Welcome! Click this link and be entered to win and continue shopping: https://xeroshoes.attn.tv/l/NeV/NwQoy . |
| INBOUND_TEXT_MESSAGE | 2020-06-21 18:09:15 | Send this text to subscribe to recurring automated personalized marketing alerts (e.g. cart reminders) from Xero Shoes (ref: KyHdv) |
| OUTBOUND_TEXT_MESSAGE | 2020-06-21 18:09:15 | Xero Shoes: You are already subscribed. Click here to shop now: xeroshoes.com. |
| OUTBOUND_TEXT_MESSAGE | 2020-08-18 18:32:47 | Xero Shoes: New Xero  Shoes for Fall/Winter 2020 ---> https://xeroshoes.attn.tv/l/5KY/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2020-08-25 16:00:23 | Xero Shoes: Fall 2020 Models Now On Sale Now ---20% off through Sept. 3. https://xeroshoes.attn.tv/l/ab7/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2020-09-01 16:05:51 | Xero Shoes: 48 hours left to grab a pair of the NEW Xero Shoes at 20%+ off. Limited quantities available, so don't wait. https://xeroshoes.attn.tv/l/mro/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2020-10-29 19:17:25 | Xero Shoes: Make your Xero Shoes ice, snow, and mud-friendly with Icewalkers https://xeroshoes.attn.tv/l/WQ7/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2020-11-12 15:03:01 | Xero Shoes: Save up to 70% on select models while supplies last. First come, first serve!<br><br>https://xeroshoes.attn.tv/l/xEj/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2020-11-20 21:01:55 | Xero Shoes: Time is Running Out to Save Up to 70% on Xero Shoes https://xeroshoes.attn.tv/l/pi6/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2020-12-03 15:13:52 | Xero Shoes: Last Chance! The Xero Shoes Sale ends TONIGHT. Save up to 70% off at https://xeroshoes.attn.tv/l/tLM/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2020-12-30 19:04:02 | Xero Shoes: Happy Shoe Year! Last chance clearance sale. https://xeroshoes.attn.tv/l/Mzz/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2021-01-21 18:07:12 | Xero Shoes: New Year, New Colors! Check out these brand new Prio colors for Men's, Women's, and Kid's styles. Buy now at https://xeroshoes.attn.tv/l/7ig/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2021-03-17 18:43:35 | Xero Shoes: Save 20%+ on new Spring 2021 Xero Shoes styles! Shop now at https://xeroshoes.attn.tv/l/KK9/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2021-03-26 18:03:32 | Xero Shoes: 48 hours left to get Spring 2021 Xero Shoes at 20%+ off! Buy now at [INSERT NEW LINK] |
| OUTBOUND_TEXT_MESSAGE | 2021-03-29 15:37:18 | Xero Shoes: Last day to get NEW Xero Shoes at 20%+ off! Buy at https://xeroshoes.attn.tv/l/ITS/NwQoy before 11:59 EST TONIGHT. |
| OUTBOUND_TEXT_MESSAGE | 2021-05-13 22:08:16 | Xero Shoes: We're getting a new number! Look out for our next text from 65099, and if you have questions email us at support@xeroshoes.com Reply STOP to sto |
| OUTBOUND_TEXT_MESSAGE | 2021-05-14 21:15:28 | Xero Shoes: Hi from our new number! If you need help with anything or have questions, email us at support@xeroshoes.com Msg frequency varies. Reply STOP to stop |
| OUTBOUND_TEXT_MESSAGE | 2021-08-11 17:56:50 | Xero Shoes: Grab a pair of NEW Xero Shoes and enter to win a $100 XeroShoes.com gift card at https://xeroshoes.attn.tv/l/W6n/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2021-08-23 17:02:11 | Xero Shoes: Last day to get new styles of Xero Shoes at 20%+ off! Buy at https://xeroshoes.attn.tv/l/84q/NwQoy before 11:59 EST TONIGHT. |
| OUTBOUND_TEXT_MESSAGE | 2021-11-11 17:17:04 | Xero Shoes: It's our annual Holiday Sale! Click here to save up to 70% off select styles while supplies last. https://xeroshoes.attn.tv/l/Xsa/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2021-11-30 15:04:21 | Xero Shoes: Last day to get Xero Shoes up to 70% off! Buy at https://xeroshoes.attn.tv/l/Lgl/NwQoy before 11:59 EST TONIGHT. |
| OUTBOUND_TEXT_MESSAGE | 2021-12-21 18:32:41 | Xero Shoes: You can never have too many Xero Shoes. Give the gift of foot freedom with a XeroShoes.com Gift Certificate: https://xeroshoes.attn.tv/l/kVk/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2022-02-03 20:03:00 | Xero Shoes: The 360 is back in stock after its crazy fast sell out! Grab this cross-training favorite before it's gone at https://xeroshoes.attn.tv/l/39p/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2022-03-01 23:01:49 | Xero Shoes: NEW Spring '22 Xero Shoes. 20+% off. PLUS: $100 Sweepstakes. Find out more here... https://xeroshoes.attn.tv/l/0FY/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2022-03-14 21:00:51 | Xero Shoes: Last day to get new styles of Xero Shoes at 20%+ off! Buy at https://xeroshoes.attn.tv/l/-Ie/NwQoy before 11:59 EST TONIGHT. |
| OUTBOUND_TEXT_MESSAGE | 2022-04-25 19:01:53 | Xero Shoes: Announcing the new Xero Shoes Rewards Program! Learn how to earn up to 15% off at https://xeroshoes.attn.tv/l/uCK/NwQoy 😊 |
| OUTBOUND_TEXT_MESSAGE | 2022-07-07 20:30:11 | Xero Shoes: Save 40% on select styles! Go to https://xeroshoes.attn.tv/l/TRM/NwQoy to get more info.<br><br>Join our VIP List and get a 24-hour head start to grab your favorites before we announce the sale to our 750,000+ fans! |
| OUTBOUND_TEXT_MESSAGE | 2022-09-08 23:00:22 | Xero Shoes: Save up to 70% on ALL our shoes, boots, and sandals! Go to https://xeroshoes.attn.tv/l/h4j/NwQoy to get more info.<br><br>Join our VIP List to grab your favorites before 1,00,000+ fans hear about this! |
| OUTBOUND_TEXT_MESSAGE | 2022-09-15 23:15:16 | Xero Shoes: Our Biggest Sale Ever IS ON! 🔥<br>Stock up & save before we sell out of your favorites.<br>Start shopping at: https://xeroshoes.attn.tv/l/fJo/NwQoy<br>(You can also WIN a $100 XeroShoes.com gift certificate) |
| OUTBOUND_TEXT_MESSAGE | 2022-09-28 20:45:28 | Xero Shoes: New and Even BIGGER Discounts Added 🔔<br>Save up to 70% & get your favorites before they sell out!<br><br>Start shopping at: https://xeroshoes.attn.tv/l/70v/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2022-10-01 15:20:35 | Xero Shoes: 48 HOURS LEFT to Save up to 70% on Xero Shoes!<br>Start shopping at: https://xeroshoes.attn.tv/l/yLV/NwQoy<br><br>(You can also WIN a $100 XeroShoes.com gift certificate) |
| OUTBOUND_TEXT_MESSAGE | 2022-10-03 20:20:29 | Xero Shoes: ENDS TONIGHT ⚠<br>Last Chance to Save up to 70% on Xero Shoes!<br>Start shopping at: https://xeroshoes.attn.tv/l/HVT/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2022-11-11 0:00:50 | Xero Shoes: 5 new Xero Shoes styles! 👟 Become a VIP to get yours before they sell out.<br>https://xeroshoes.attn.tv/l/nQw/NwQoy |

| | | |
|---|---|---|
| OUTBOUND_TEXT_MESSAGE | 2022-11-16 23:40:09 | Xero Shoes: Save 20%+ On New Xero Shoes Starting Now! 🎉<br>Plus, register to win a $100 Xero Shoes gift certificate.<br>https://xeroshoes.attn.tv/l/fwC/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2022-11-24 23:00:25 | Xero Shoes: Only a few days left to save 20%+ on new Xero Shoes! ⏳<br>Plus, register to win a $100 Xero Shoes gift certificate.<br>https://xeroshoes.attn.tv/l/FRD/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2022-11-27 21:40:15 | Xero Shoes: 48 hours left to save 20%+ on new Xero Shoes!<br>Don't wait and grab yours before they're gone.<br>https://xeroshoes.attn.tv/l/jGj/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2022-11-29 20:20:13 | Xero Shoes: FINAL HOURS to save 20%+ on new Xero Shoes!<br>Don't wait and grab yours before it ends.<br>https://xeroshoes.attn.tv/l/yyU/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2023-03-15 19:40:31 | Xero Shoes: Xero Shoes founders Steven and Lena share their inspirational and terrifying story on the "How I Built This" podcast. Listen for an entertaining story he<br>https://xeroshoes.attn.tv/l/MHh/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2023-03-28 18:25:32 | Xero Shoes: The collaboration everyone's been waiting for is coming. Find out more here: https://xeroshoes.attn.tv/l/Max/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2023-06-07 21:05:24 | Xero Shoes: Happy Global Running Day!<br><br>Get out there and tag us @xeroshoes to share how you're Living Life Feet First.<br><br>https://xeroshoes.attn.tv/l/Htr/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2023-06-26 16:30:58 | Xero Shoes: Don't miss UP TO 50% OFF our two best-sellers, the HFS & Prio.<br><br>Shop now at https://xeroshoes.attn.tv/l/xa5/NwQoy<br><br>Plus, win a $100 XeroShoes.com gift certificate! |
| OUTBOUND_TEXT_MESSAGE | 2023-07-03 1:00:40 | Xero Shoes: SAVE up to 50% off two best-sellers, the HFS & Prio. ENDING SOON!<br><br>Shop now at https://xeroshoes.attn.tv/l/Vy3/NwQoy<br><br>Plus, win a $100 XeroShoes.com gift certificate! |
| OUTBOUND_TEXT_MESSAGE | 2023-07-05 0:30:32 | Xero Shoes: 48 HOURS LEFT to save up to 50% off two best-sellers, the HFS & Prio.<br><br>Shop now at https://xeroshoes.attn.tv/l/o7K/NwQoy<br><br>Plus, win a $100 XeroShoes.com gift certificate! |
| OUTBOUND_TEXT_MESSAGE | 2023-07-06 19:30:45 | Xero Shoes: SALE ENDS TONIGHT! Save up to 50% off two best-sellers, the HFS & Prio.<br><br>Shop now at https://xeroshoes.attn.tv/l/j-v/NwQoy<br><br>Plus, win a $100 XeroShoes.com gift certificate! |
| OUTBOUND_TEXT_MESSAGE | 2023-08-31 21:01:20 | Xero Shoes: Save 20%+ on new Xero Shoes for everyday use, hiking, running, lounging, and more.<br><br>Plus, register to win a $100 Xero Shoes gift certificate.<br> https://xeroshoes.attn.tv/l/NOo/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2024-03-13 18:30:28 | Xero Shoes: Save 20%+ on New Xero Shoes<br><br>Plus, register to win a $100 eGift Card.<br>https://xeroshoes.attn.tv/l/zvo/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2024-03-17 18:31:13 | Xero Shoes: Hurry, get 20%+ off NEW spring styles. Limited time offer.<br><br>And, enter for a chance to win a $100 eGift Card.<br>https://xeroshoes.attn.tv/l/SJe/NwQoy |
| OUTBOUND_TEXT_MESSAGE | 2024-03-21 19:01:17 | Xero Shoes: Hurry, time is running out to save 20%+ on New Xero Shoes!<br><br>Plus, don't miss out on the chance to win a $100 eGift Card.<br>https://xeroshoes.attn.tv/l/Sr6/NwQoy |

| | | |
|---|---|---|
| OUTBOUND_TEXT_MESSAGE | 2024-08-15 19:01:18 | Xero Shoes: Save 20%+ off new Xero Shoes fall styles.<br><br>PLUS... save an EXTRA 5% when you buy 2 or more new styles. Shop now! https://xeroshoes.attn.tv/amk4ybjzpjox |
| INBOUND_TEXT_MESSAGE | 2024-08-20 15:42:39 | Ok |
| OUTBOUND_TEXT_MESSAGE | 2024-08-20 15:42:41 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| OUTBOUND_TEXT_MESSAGE | 2024-08-20 15:56:11 | Xero Shoes: Hi! How can I assist you today? |
| OUTBOUND_TEXT_MESSAGE | 2024-08-23 15:58:03 | Xero Shoes: Hi Joseph,We hope you are doing well!  We messaged you a few days ago but haven't heard back.  We wanted to check in to see if you are receiving our messages.  Let us know if there is anything else we can do to help. |
| INBOUND_TEXT_MESSAGE | 2024-08-23 16:06:43 | I am |
| OUTBOUND_TEXT_MESSAGE | 2024-08-23 16:06:45 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| OUTBOUND_TEXT_MESSAGE | 2024-08-23 16:25:52 | Xero Shoes: Thank you for letting us know. Have a great day! |
| INBOUND_TEXT_MESSAGE | 2024-08-30 15:10:31 | You two |
| OUTBOUND_TEXT_MESSAGE | 2024-08-30 15:10:32 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| OUTBOUND_TEXT_MESSAGE | 2024-08-30 15:19:54 | Xero Shoes: Thank you! |
| OUTBOUND_TEXT_MESSAGE | 2024-11-26 20:01:24 | Xero Shoes: Say so long to 2024 and start gearing up for 2025. Save 10% or more when you shop Xero Shoes today. https://xeroshoes.attn.tv/aSU_gJIx4CPa |
| INBOUND_TEXT_MESSAGE | 2024-11-27 19:04:04 | Nice! |
| OUTBOUND_TEXT_MESSAGE | 2024-11-27 19:04:06 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| INBOUND_TEXT_MESSAGE | 2024-11-27 19:05:50 | Hello |
| OUTBOUND_TEXT_MESSAGE | 2024-11-27 19:11:50 | Xero Shoes: How can we help today? |
| OUTBOUND_TEXT_MESSAGE | 2024-12-03 1:30:50 | Xero Shoes: Need an easy gift idea? Give the gift of life-changing comfort with a Xero Shoes eGift Card. https://xeroshoes.attn.tv/alq-NczgB2Wy |
| INBOUND_TEXT_MESSAGE | 2024-12-04 2:14:55 | Thanks |
| OUTBOUND_TEXT_MESSAGE | 2024-12-04 2:14:57 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| OUTBOUND_TEXT_MESSAGE | 2024-12-04 14:00:49 | Xero Shoes: Hi Joseph, no problem. Should you have any further questions or concerns, please don't hesitate to reach out. Take care! |
| OUTBOUND_TEXT_MESSAGE | 2025-01-26 17:16:05 | Xero Shoes: A strong foundation starts with your feet. Treat your feet right when you step into a pair of Xero Shoes. https://xeroshoes.attn.tv/aln8wBm3ISuM |
| OUTBOUND_TEXT_MESSAGE | 2025-09-27 15:25:32 | Xero Shoes: ⏰ Final Days! 30% off select Xero Shoes + 10% sitewide. Comfort for every adventure. Shop: xeroshoes.attn.tv/aul6Phk6V3z4 |
| OUTBOUND_TEXT_MESSAGE | 2025-10-13 17:15:44 | Xero Shoes: Fall sale alert 🥾 Save 15% on everything, including new Alpine boots. Shop now - ends soon! Shop: xeroshoes.attn.tv/aZeDJ39cs88u |
| OUTBOUND_TEXT_MESSAGE | 2025-10-16 20:01:10 | Xero Shoes: Fall savings, going fast. 15% off sitewide-new Alpine boots included. Limited time. Shop now: xeroshoes.attn.tv/arsJ822znOVK |
| OUTBOUND_TEXT_MESSAGE | 2025-10-21 15:35:31 | Xero Shoes: Final Hours! 🥾 Save 15% sitewide-including new Alpine boots. Don't miss out-sale ends tonight! Shop Now: xeroshoes.attn.tv/a1LnL4xrYyg5 |
| OUTBOUND_TEXT_MESSAGE | 2025-11-06 20:00:25 | Xero Shoes: Our Gift Guide just dropped! Holiday-ready styles for men, women & kids - all built for natural comfort. Shop Now: xeroshoes.attn.tv/a9iPlMDIbFkI |
| INBOUND_TEXT_MESSAGE | 2025-11-06 22:19:55 | Wrong number |
| OUTBOUND_TEXT_MESSAGE | 2025-11-06 22:19:57 | Xero Shoes: If you would like to unsubscribe from all future messages, reply STOP. |
| OUTBOUND_TEXT_MESSAGE | 2025-11-06 22:24:35 | Xero Shoes: Hi Joseph,<br>Thanks for reaching out! Feel free to let us know if you have any questions or need an account change. We'd be happy to help! |
| OUTBOUND_TEXT_MESSAGE | 2025-11-13 21:00:49 | Xero Shoes: STARTING NOW: 30% Off Select Styles! Save on best sellers from Prio, HFS II and more for a limited time. Shop Now xeroshoes.attn.tv/a6EW_mYDW7Qs |
| OUTBOUND_TEXT_MESSAGE | 2025-11-16 21:00:51 | Xero Shoes: 30% Off Select Best Sellers! Prio, HFS II and more won't be 30% off again this season. Shop Now xeroshoes.attn.tv/aoZS7Jqe26Vj |
| OUTBOUND_TEXT_MESSAGE | 2025-11-20 1:30:12 | Xero Shoes: 30% off select Xero styles ends soon! Sizes are going fast. Shop now before your favorites sell out: xeroshoes.attn.tv/aA9iDuCZYrjm |
| OUTBOUND_TEXT_MESSAGE | 2025-11-22 20:15:17 | Xero Shoes: ENDS TOMORROW: 30% Off Select Best Sellers! Don't miss, favorites going fast! Shop Now xeroshoes.attn.tv/aiZrDIWAEzZA |
| OUTBOUND_TEXT_MESSAGE | 2025-11-24 21:20:15 | Xero Shoes: Black Friday is LIVE! Save 25% on every style-boots, trainers, kids + more. Shop early! xeroshoes.attn.tv/a1kmWDxJoO86 |
| OUTBOUND_TEXT_MESSAGE | 2025-11-27 18:05:42 | Xero Shoes: Happy Thanksgiving!<br><br>Doorbusters just dropped: Styles from $60! Plus 25% Off everything else. Shop Now xeroshoes.attn.tv/aNrRP1ZOzVKO |
| OUTBOUND_TEXT_MESSAGE | 2025-11-28 18:05:54 | Xero Shoes: Black Friday is ON. Doorbusters from $60 + 25% Off everything. Go before sizes go: xeroshoes.attn.tv/aJWl9mdhX-Zs |
| OUTBOUND_TEXT_MESSAGE | 2025-12-01 18:05:36 | Xero Shoes: Cyber Monday is LIVE! New Doorbusters from just $15! Shop now: xeroshoes.attn.tv/a1MyZ5i-4rH1 |
| OUTBOUND_TEXT_MESSAGE | 2025-12-03 18:05:25 | Xero Shoes: ENDS TONIGHT: Doorbusters starting at $15 AND 25% Off everything else. Shop Now: xeroshoes.attn.tv/aV7V90h3AZLt |
| OUTBOUND_TEXT_MESSAGE | 2025-12-07 20:35:15 | Xero Shoes: 30% Off Select Fan Favorites. Prio Neo, Wynn, X1 Mid & more are on sale now. Shop before the sale ends: xeroshoes.attn.tv/a-nPHwPwCixV |
| OUTBOUND_TEXT_MESSAGE | 2025-12-12 20:05:31 | Xero Shoes: Starts Now - Free shipping on any order! There's still time for delivery by 12/24. Shop now: xeroshoes.attn.tv/aXJeIib9QT2I |
| OUTBOUND_TEXT_MESSAGE | 2025-12-16 20:05:12 | Xero Shoes: Last day for FREE Standard Shipping! Order today (12/16) to get your gifts by 12/24. Shop now: xeroshoes.attn.tv/a7fXzS2AALuR |
| OUTBOUND_TEXT_MESSAGE | 2025-12-19 20:05:16 | Xero Shoes: Last Chance! Order today (12/19) using Express (2-Day) Shipping to receive your gifts by 12/24. Shop now: xeroshoes.attn.tv/aeAmKhW5PfDk |
| OUTBOUND_TEXT_MESSAGE | 2025-12-30 1:10:17 | Xero Shoes: Special VIP Offer: 20% Off Sitewide with code VIP20 - plus get Free Shipping on any order! Shop Now xeroshoes.attn.tv/azI_qfyxKVxX |
| OUTBOUND_TEXT_MESSAGE | 2026-01-08 20:05:16 | Xero Shoes: It's live! Our limited-edition colors of the HFS Original have dropped. Very limited sizes & quantities. Shop now! xeroshoes.attn.tv/adbS-zxfJ-Ro |

| OUTBOUND_TEXT_MESSAGE | 2026-01-13 20:05:30 | Xero Shoes: JUST ARRIVED: The 360 Rally. Our new train-to-court shoe built to move the way pickleball & tennis demand. xeroshoes.attn.tv/aHvXrSrOdzU8 |
| INBOUND_TEXT_MESSAGE | 2026-01-30 22:04:18 | Please halt these texts please. They are disturbing my life |