Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>FEEL THE WORLD, INC D/B/A XERO SHOES,<br><br>    Defendant | Case No. 3:26-cv-1<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

### LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose this motion.

### MOTION

Without waiving any defenses Plaintiff may have under the FEDERAL RULES OF CIVIL PROCEDURE or otherwise, pursuant to Rule 6 and LR 16-3, Plaintiff moves the Court for an Order extending by two-weeks the deadline for Plaintiff to file responses to Defendant's Motion to Dismiss and Request for Judicial Notice (ECF Nos. 10, 11) from March 31, 2026 to April 14,

Plaintiff's Unopposed Motion for Extension    1

2026.  Defendant consents to this motion, provided that the Court extends its deadline to file its replies from April 14, 2026, to May 5, 2026.

## MEMORANDUM

Due to the heightened complexity of the Defendant's Motion and Request, and in order to properly represent the interests of his client and consult with his client in order to formulate oppositions, undersigned counsel requires additional time to prepare appropriate responses. To that end, Plaintiff requests a two-week extension to respond to the Motions, with the new deadline to be April 14, 2026. Defendant has agreed to this request in exchange for one additional week, in addition to the two-weeks to which it is entitled under LR 7-1(e), to file its replies, with the new deadline by which it must file such replies to be May 5, 2026. The extension is not sought for purposes of delay. In seeking the foregoing extension, Plaintiff and Defendant do not waive, and expressly reserve, any and all rights, objections, arguments, and defenses relating to the Motion and otherwise.

RESPECTFULLY SUBMITTED AND DATED this 26th day of March, 2026.

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: March 26, 2026

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC

Plaintiff's Unopposed Motion for Extension      2

2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class