| Direction | Date | Number | Call Content |
|---|---|---|---|
| Received | 8/15/24 15:01 | 65099 | Xero Shoes: Save 20%+ on new Xero Shoes fall styles. PLUS... save an EXTRA 5% when you buy 2 or more new styles. Shop now! https://xeroshoes.attn.tv/amk4ybjzpjox |
| Sent | 8/20/24 11:42 | 65099 | Ok |
| Received | 8/20/24 11:42 | 65099 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| Received | 8/20/24 11:56 | 65099 | Xero Shoes: Hi! How can I assist you today? |
| Received | 8/23/24 11:58 | 65099 | Xero Shoes: Hi Joseph,We hope you are doing well!  We messaged you a few days ago but haven't heard back.  We wanted to check in to see if you are receiving our messages.  Let us know if there is anything else we can do to help. |
| Sent | 8/23/24 12:06 | 65099 | I am |
| Received | 8/23/24 12:07 | 65099 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| Received | 8/23/24 12:25 | 65099 | Xero Shoes: Thank you for letting us know. Have a great day! |
| Sent | 8/30/24 11:10 | 65099 | You two |
| Received | 8/30/24 11:11 | 65099 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| Received | 8/30/24 11:19 | 65099 | Xero Shoes: Thank you! |
| Received | 11/26/24 15:01 | 65099 | Xero Shoes: Say so long to 2024 and start gearing up for 2025. Save 10% or more when you shop Xero Shoes today. https://xeroshoes.attn.tv/aSU_gJIx4CPa |
| Sent | 11/27/24 14:03 | 65099 | Nice! |
| Received | 11/27/24 14:04 | 65099 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| Sent | 11/27/24 14:05 | 65099 | Hello |
| Received | 11/27/24 14:11 | 65099 | Xero Shoes: How can we help today? |
| Received | 12/2/24 20:30 | 65099 | Xero Shoes: Need an easy gift idea? Give the gift of life-changing comfort with a Xero Shoes eGift Card. https://xeroshoes.attn.tv/alq-NczgB2Wy |
| Sent | 12/3/24 21:14 | 65099 | Thanks |
| Received | 12/3/24 21:14 | 65099 | Xero Shoes: This is an automated message from Xero Shoes. If you need additional help, email us at support@xeroshoes.com. Reply STOP to stop. |
| Received | 12/4/24 9:00 | 65099 | Xero Shoes: Hi Joseph, no problem. Should you have any further questions or concerns, please don't hesitate to reach out. Take care! |

| Received | 9/27/25 11:25 | 65099 | Xero Shoes: ⏰ Final Days! 30% off select Xero Shoes + 10% sitewide. Comfort for every adventure. Shop: xeroshoes.attn.tv/auI6Phk6V3z4 |
|---|---|---|---|
| Received | 10/13/25 13:15 | 65099 | Xero Shoes: Fall sale alert 🍂 Save 15% on everything, including new Alpine boots. Shop now - ends soon! Shop: xeroshoes.attn.tv/aZeDJ39cs88u |
| Received | 10/16/25 16:01 | 65099 | Xero Shoes: Fall savings, going fast. 15% off sitewide-new Alpine boots included. Limited time. Shop now: xeroshoes.attn.tv/arsJ822znOVK |
| Received | 10/21/25 11:35 | 65099 | Xero Shoes: Final Hours! 🍂 Save 15% sitewide-including new Alpine boots. Don't miss out-sale ends tonight! Shop Now: xeroshoes.attn.tv/a1LnL4xrYyg5 |
| Received | 11/6/25 15:00 | 65099 | Xero Shoes: Our Gift Guide just dropped! Holiday-ready styles for men, women & kids - all built for natural comfort. Shop Now: xeroshoes.attn.tv/a9iPlMDIbFkI |
| Sent | 11/6/25 17:19 | 65099 | Wrong number |
| Received | 11/6/25 17:19 | 65099 | Xero Shoes: If you would like to unsubscribe from all future messages, reply STOP. |
| Received | 11/6/25 17:24 | 65099 | Xero Shoes: Hi Joseph, Thanks for reaching out! Feel free to let us know if you have any questions or need an account change. We'd be happy to help! |
| Received | 11/13/25 18:15 | 65099 | Xero Shoes: STARTING NOW: 30% Off Select Styles! Save on best sellers from Prio, HFS II and more for a limited time. Shop Now xeroshoes.attn.tv/a6EW_mYDW7Qs |
| Received | 11/16/25 16:00 | 65099 | Xero Shoes: 30% Off Select Best Sellers! Prio, HFS II and more won't be 30% off again this season. Shop Now xeroshoes.attn.tv/aoZS7Jqe26Vj |
| Received | 11/20/25 16:55 | 65099 | Xero Shoes: 30% off select Xero styles ends soon! Sizes are going fast. Shop now before your favorites sell out: xeroshoes.attn.tv/aA9iDuCZYrjm |
| Received | 11/20/25 16:55 | 65099 | Xero Shoes: 30% off select Xero styles ends soon! Sizes are going fast. Shop now before your favorites sell out: xeroshoes.attn.tv/aA9iDuCZYrjm |
| Received | 11/22/25 15:15 | 65099 | Xero Shoes: ENDS TOMORROW: 30% Off Select Best Sellers! Don't miss, favorites going fast! Shop Now xeroshoes.attn.tv/aiZrDIWAEzZA |
| Received | 11/24/25 16:20 | 65099 | Xero Shoes: Black Friday is LIVE! Save 25% on every style-boots, trainers, kids + more. Shop early! xeroshoes.attn.tv/a1kmWDxJoO86 |
| Received | 11/27/25 13:05 | 65099 | Xero Shoes: Happy Thanksgiving! Doorbusters just dropped: Styles from $60! Plus 25% Off everything else. Shop Now xeroshoes.attn.tv/aNrRP1ZOzVKO |

| Received | 11/28/25 13:22 | 65099 | Xero Shoes: Black Friday is ON. Doorbusters from $60 + 25% Off everything. Go before sizes go: xeroshoes.attn.tv/aJWl9mdhX-Zs |
|---|---|---|---|
| Received | 12/1/25 14:22 | 65099 | Xero Shoes: Cyber Monday is LIVE! New Doorbusters from just $15! Shop now: xeroshoes.attn.tv/a1MyZ5i-4rH1 |
| Received | 12/3/25 13:05 | 65099 | Xero Shoes: ENDS TONIGHT: Doorbusters starting at $15 AND 25% Off everything else. Shop Now: xeroshoes.attn.tv/aV7V90h3AZLt |
| Received | 12/7/25 15:35 | 65099 | Xero Shoes: 30% Off Select Fan Favorites. Prio Neo, Wynn, X1 Mid & more are on sale now. Shop before the sale ends: xeroshoes.attn.tv/a-nPHwPwCixV |
| Received | 12/12/25 15:05 | 65099 | Xero Shoes: Starts Now - Free shipping on any order! There's still time for delivery by 12/24. Shop now: xeroshoes.attn.tv/aXJeIib9QT2l |
| Received | 12/16/25 15:05 | 65099 | Xero Shoes: Last day for FREE Standard Shipping! Order today (12/16) to get your gifts by 12/24. Shop now: xeroshoes.attn.tv/a7fXzS2AALuR |
| Received | 12/19/25 15:05 | 65099 | Xero Shoes: Last Chance! Order today (12/19) using Express (2-Day) Shipping to receive your gifts by 12/24. Shop now: xeroshoes.attn.tv/aeAmKhW5PfDk |
| Received | 12/30/25 21:26 | 65099 | Xero Shoes: Special VIP Offer: 20% Off Sitewide with code VIP20 - plus get Free Shipping on any order! Shop Now xeroshoes.attn.tv/azI_qfyxKVxX |
| Received | 1/9/26 19:44 | 65099 | Xero Shoes: It's live! Our limited-edition colors of the HFS Original have dropped. Very limited sizes & quantities. Shop now! xeroshoes.attn.tv/adbS-zxfJ-Ro |
| Received | 1/13/26 15:29 | 65099 | Xero Shoes: JUST ARRIVED: The 360 Rally. Our new train-to-court shoe built to move the way pickleball & tennis demand. xeroshoes.attn.tv/aHvXrSrOdzU8 |
| Sent | 1/30/26 17:04 | 65099 | Please halt these texts please. They are disturbing my life |