Shawn Larsen-Bright, OSB 130051
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800
larsen.bright.shawn@dorsey.com

Christopher G. Karagheuzoff (admitted pro hac vice)
karagheuzoff.christopher@dorsey.com
Christopher Paolino (pro hac vice forthcoming)
paolino.christopher@dorsey.com
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200

*Attorneys for Defendant Feel the
World, Inc. d/b/a Xero Shoes*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FEEL THE WORLD, INC. d/b/a XERO SHOES,<br><br>Defendant. | Civ. No. 3:26-cv-00001-SB<br><br>**DECLARATION OF CHRISTOPHER G. KARAGHEUZOFF IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

I, Christopher G. Karagheuzoff, declare as follows:

1.      I am a partner in the law firm of Dorsey & Whitney LLP, attorneys of record for Defendant Feel the World, Inc. d/b/a Xero Shoes ("Xero Shoes").  I submit this Declaration in support of Xero Shoes' Motion to Dismiss Plaintiff's First Amended Complaint.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a redline comparison of Plaintiff's original Complaint (Dkt. 1) to Plaintiff's Amended Complaint (Dkt. 21), which was

generated using Litera Compare and which demonstrates the changes Plaintiff made in his First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that I executed this Declaration on April 28, 2026 in New York, New York.

_____
Christopher G. Karagheuzoff

DECLARATION OF CHRISTOPHER G. KARAGHEUZOFF
Civ. No. 3:26-cv-00001-SB

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system.

Dated this 28th day of April, 2026.

/s/ Molly Price
Molly Price, Legal Assistant

3

DECLARATION OF CHRISTOPHER G. KARAGHEUZOFF
Civ. No. 3:26-cv-00001-SB