Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>FEEL THE WORLD, INC D/B/A XERO SHOES,<br><br>      Defendant | Case No. 3:26-cv-1<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose this motion.

## MOTION

Without waiving any defenses Plaintiff may have under the FEDERAL RULES OF CIVIL PROCEDURE or otherwise, pursuant to Rule 6 and LR 16-3, Plaintiff moves the Court for an Order extending by one week the deadline for Plaintiff to file responses to Defendant's Motion to Dismiss and/or Strike Plaintiff's Amended Complaint and Request for Judicial Notice (ECF Nos. 22, 24)

Plaintiff's Unopposed Motion for Extension      1

from May 12, 2026 to May 19, 2026.  Such extension will be limited to the Plaintiff opposing the Motion to Dismiss in the ordinary course, and not to file an Amended Complaint. Defendant consents to this motion, provided that the Court extends its deadline to file its replies from June 2, 2026, to June 9, 2026.

## MEMORANDUM

In order to properly represent the interests of his client and consult with his client in order to formulate oppositions, as well as owing to an illness/cold of the undersigned counsel, undersigned counsel requires additional time to prepare appropriate responses. To that end, Plaintiff requests a one week extension to respond to the Motions, with the new deadline by which it must file such responses to be May 19, 2026. Defendant has agreed to this request in exchange provided that, to accommodate its counsel's schedules, the Court grants a reciprocal one week extension by which Defendant may file its replies, such that Defendant's reply deadline is June 9, 2026. The extension is not sought for purposes of delay. In seeking the foregoing extension, Plaintiff and Defendant do not waive, and expressly reserve, any and all rights, objections, arguments, and defenses relating to the Motion and otherwise. However, Counsel for Plaintiff expressly agrees that such response will be limited to a substantive opposition and will not result in an Amended Complaint.

RESPECTFULLY SUBMITTED AND DATED this 11th day of May, 2026.

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

Plaintiff's Unopposed Motion for Extension     2

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing via ECF on the below date.

Dated: May 11, 2026

<div style="margin-left:40%">

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

</div>